UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Joseph Allan Cunningham

                        Debtor.
-----------------------------------------------------------X
Joseph Allan Cunningham,

                       Appellant,                                        19 **CIVIL** 5480 (AJN) (SN)

      -against-                                                **JUDGMENT**

Gregory Funding,

                       Appellee
-----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2020, Objections to Judge Netburn's R & R were due by December 24, 2019. *See* Dkt. No. 26 at 6. As of September 27, 2020, no objections have been filed. The Court thus reviews the R&R for clear error, and finds none. The Court therefore adopts the R&R in its entirety and GRANTS Appellee's motion to dismiss this appeal for the reasons provided in Judge Netburn's well-reasoned and thorough Report and Recommendation; the Order of the Bankruptcy Court is hereby affirmed and the appeal is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
           September 28, 2020

                                                                     **RUBY J. KRAJICK**
                                                                     _____
                                                                        Clerk of Court
                                                 **BY:**
                                                                         _____
                                                                           Deputy Clerk